**No. 62128.**—Jacobson & Kupitsky *v.* United States, protest 517914–G (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the items marked "K" consist of kidskin plates similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480); that the items marked "L" consist of lambskin plates similar to those involved in *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643); and that the items marked "D" and "M" consist of dogskins the same as those involved in *United States* v. *Arnhold & Co., Inc., et al.* (27 C. C. P. A. 135, C. A. D. 74) and Abstract 61021, the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinions in C. D. 1480 and C. D. 1643, *supra.*

**No. 62129.**—D. Manilowitz *v.* United States, protest 323846–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of sprats in oil, packed in tins, similar in all material respects to those the subject of *Arnold Sorensin Co., Inc., et al.* v. *United States* (38 Cust. Ct. 199, C. D. 1862), the claim of the plaintiff was sustained.